| **Adversary Proceeding Cover Sheet** | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| PLAINTIFFS<br>DALE PRESTON BENSON<br>PATRICIA ANN BARTLEY BENSON | DEFENDANTS<br>CITIFINANCIAL, INC. |
| ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NO.)<br>Roland S. Carlton, Jr., Esq.<br>CARLTON LEGAL SERVICES, PLC<br>118 MacTanly Place<br>Staunton, VA 24401 (540) 213-0547 | ATTORNEYS (IF KNOWN) |

PARTY (Check one box only) ☐ 1. U. S. PLAINTIFF ☐ 2. U. S. DEFENDANT ☑ 3. U. S. NOT A PARTY

CAUSE OF ACTION (Write a brief statement of cause of action, including all U. S. Statutes involved)

Motion to Determine Validity, Priority, or Extent of Lien on Real Estate, 11 U.S.C. 506, 11 U.S.C. 1322

NATURE OF SUIT
(Check the one most appropriate box only)

☐ 424 To object or to revoke a discharge 11 U. S. C. §727

☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523

☐ 434 To obtain an injunction or other equitable relief

☑ 435 To Determine Validity, Priority or Extent of a Lien or Other Interest in Property

☐ 454 To Recover money or Property

☐ 455 To Revoke an order of confirmation of a Chap. 11 or Chapt. 13 Plan

☐ 456 To obtain a declaratory judgment relating to any of foregoing cause of action

☐ 457 To subordinate any allowed claim of interest except where such subordination is provided in a plan

☐ 458 To obtain approval for the sale both the interest of the estate and of a co-owner in property

☐ 459 To determine a claim or cause of action removed to a bankruptcy court

☐ 498 Other (specify)

ORIGIN OF PROCEEDINGS
(Check one box only)

☑ 1. Original Another Proceeding ☐ 2. Removed Proceeding ☐ 3. Reinstated or Reopened ☐ 4 Transferred from Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND N/A | NEAREST THOUSAND $.0.00 | OTHER RELIEF SOUGHT: Declaration of unsecured debt; avoidance/release of Deed of Trust | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>DALE PRESTON BENSON<br>PATRICIA ANN BARTLEY BENSON | BANKRUPTCY CASE NO. 10-51064 |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br><br>Western District of Virginia | NAME OF JUDGE<br><br>Honorable Ross W. Krumm, Chief Judge |

DIVISIONAL OFFICE Harrisonburg, Virginia

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE (Check one box only) ☐ Fee attached ☑ Fee Not Required ☐ Fee is Deferred

| Date<br>8/31/2010 | Print Name<br>Roland S. Carlton, Jr., Esq. | Signature of Attorney (Or Plaintiff)<br><br>**x/s/ Roland S. Carlton, Jr.** |
|---|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

IN RE:    Dale Preston Benson                                **MOTION TO AVOID AND RELEASE**
Patricia Ann Bartley Benson                                          **DEED OF TRUST**
                *Debtor(s)*

DALE PRESTON BENSON                                         Case number: 10-51064
PATRICIA ANN BARTLEY BENSON
                *Plaintiff/Debtor(s)*                              Adversary No. _____

v.

CITIFINANCIAL, INC.

Serve:  CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA   23060

                *Defendant(s)*

COMES NOW the Plaintiff/Debtors, Dale Preston Benson and Patricia Ann Bartley Benson,

by counsel, pursuant to 11 U.S.C. §506, 11 U.S.C. §1322, and Bankruptcy Rule 7001, and

respectfully represents unto the Court as follows:

1.    That this is a core proceeding and this Court has jurisdiction over this issue pursuant to 28

       U.S.C. §157 and 11 U.S.C. §1334.

2.    That your Plaintiff/Debtors Dale Preston Benson and Patricia Ann Bartley Benson have filed

       a petition for relief under Chapter 13 of Title 11 of the United States Code on 06/25/10.

3.    The Debtors Dale Preston Benson and Patricia Ann Bartley Benson own real estate located

       at 3 Bartley Street, Staunton, Virginia.  At the time of the bankruptcy petition filing, the

       recently appraised value of this real estate was Ninety Thousand  Dollars ($90,000.00).  A

       copy of a recent real estate appraisal is attached as Exhibit A.

4.    The Debt of approximately Fifteen Thousand Eight Hundred Fifty Seven and 78 /100 Dollars

       ($15,857.78), based upon a pre petition monthly statement, owed to Defendant Citifinancial,

Inc. is secured by a Deed of Trust on the Debtor's real estate of record in the Circuit Court of Augusta County, Virginia, record no 060015546 and was recorded on November 29, 2006. A copy of the Defendant's Deed of Trust is attached as Exhibit B, and a copy of the recent monthly statement from defendant is attached as Exhibit C.

5.  The aforesaid Deed of Trust was preceded by another Deed of Trust on the Debtor's real estate of record in the Clerk's Office of the Circuit Court of Augusta County, Virginia. The first Deed of Trust secures a debt owed to Beneficial Mortgage Co. of Virginia, record no. 060008547, and was recorded on June 29, 2006. Beneficial Mortgage Co. of Virginia is still the present noteholder secured by this Deed of Trust and the outstanding debt balance of the note is One Hundred Thirty One Thousand Eighty Seven and 81/100 Dollars ($131,087.80) A copy of the first Deed of Trust is attached as Exhibit D, and a copy of the claim cover page filed in this case by Beneficial Mortgage Co. of Virginia is attached as Exhibit E.

6.  Therefore, the debt owed to Defendant Citifinancial, Inc. is a wholly unsecured debt and the Deed of Trust of record in the Clerk's Office of the Circuit Court of Augusta County, Virginia, record no. 060015546 should be voided and released pursuant to 11 U.S.C. §506(d) and 11 U.S.C §1322.

7.  In support of this motion, Debtor refers this Court to *In re Millard,* 414 B.R. 73 (D. Md. 2009); *Zimmer v. PSB Lending Corp.,* 313 F.3d 1220 (9th Cir. 2002); *Lane v. W. Interstate Bancorp,* 280 F.3d 663 (6th Cir. 2002); *Pond v. Farm Specialist Realty*, 252 F.3d 122 (2d Cir. 2001); *Tanner v. First-Plus Fin., Inc.*, 217 F.3d 1357 (11th Cir. 2000); *Bartee v. Tara Colony Homeowners Association,* 212 F.3d 277 (5th Cir 2000); *McDonald v. Master Fin., Inc.,* 205 F.3d 606 (3rd Cir. 2000);*Domestic Bank v. Mann*, 249 B.R. 831 (1st Cir. BAP 2000);*Wright*

*v. Commercial Credit Corporation,* 178 B.R. 703 (Bankr. E.D. Va 1995);*Elliott v. Citifinancial, Inc.*, Adversary Case 07-06064 (Judge Anderson, Western District of Va).

WHEREFORE, Debtor prays that this Court enter an Order, pursuant to 11 U.S.C. §506 and 11 U.S.C. §1322, which holds that the debt owed by plaintiff/debtors Dale Preston Benson and Patricia Ann Bartley Benson to defendant Citifinancial, Inc. is a wholly unsecured debt, which voids and releases the Deed of Trust of record in the clerk's office of the Circuit Court of Augusta County, Virginia, record no 060015546; and for such other and further relief as the Court, in equity, deems appropriate.

/s/ Roland S. Carlton, Jr.
Counsel

Roland S. Carlton, Jr., Esq.
Carlton Legal Services, P.L.C.
118 MacTanly Place
Staunton, VA   24401
(540) 213-0547
V.S.B. #34138